# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

March 31, 2014

Angie T. Davis, Clerk of Court
State Court of Cobb County
12 East Park Square
Marietta, GA 30090-9630

    **Re:** *Swanagan v. Georgia Department of Corrections et al*
    **Our Case Number: 1:13-cv-03149-WSD**
    **Your Case Number**: 2013A2278-4

Dear Clerk:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

    Please acknowledge receipt of this document by returning the enclosed copy of this letter to this office.

    Sincerely,

    James N. Hatten
    District Court Executive
      and Clerk of Court

    By:  s/  A. Coleman
         Deputy Clerk

Enclosure